UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v.   )<br>)<br>(1) MICHAEL L. BABICH   )<br>(2) ALEC BURLAKOFF   )<br>(3) MICHAEL J. GURRY   )<br>(4) RICHARD M. SIMON   )<br>(5) SUNRISE LEE   )<br>(6) JOSEPH A. ROWAN   )<br>)<br>          Defendants.   )<br>) | Criminal No.: 16-cr-10343-ADB |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant Michael L. Babich in the above-referenced matter.

DATED:  December 22, 2016

                             Respectfully submitted,

                             */s/ William H. Kettlewell*
                             William H. Kettlewell (BBO No. 270320)
                             **COLLORA LLP**
                             100 High Street, 20th Floor
                             Boston, MA  02110
                             Telephone:  617-371-1000
                             Fax: 617-371-1037
                             wkettlewell@collorallp.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on December 22, 2016.

                             */s/ William H. Kettlewell*
                             William H. Kettlewell