UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>v.                                                     )<br>   )<br>(1) MICHAEL L. BABICH           )<br>(2) ALEC BURLAKOFF              )<br>(3) MICHAEL J. GURRY            )<br>(4) RICHARD M. SIMON           )<br>(5) SUNRISE LEE                      )<br>(6) JOSEPH A. ROWAN            )<br>         Defendants.                    )<br>                                                  ) | CRIMINAL NO. 16-10343-ADB |

JOINT MEMORANDUM FOR INITIAL STATUS CONFERENCE

The United States of America and Defendants, by their undersigned counsel, submit the following Joint Memorandum regarding the above-captioned matter.[1]

**1. The Status of Automatic Discovery and Any Pending Discovery Requests**

Automatic Discovery Provided by the Government

The Government provided its automatic discovery to Defendants on February 2, 2017. In its discovery letter, the Government indicated that it expects to provide Defendants with additional material, which it will do so when it is available.

Automatic Discovery Provided by the Defendants

Defendants have not provided automatic discovery.

---

[1] The United States notes that this Report does not reflect the views of Defendant Rowan.

**2. The Timing of Any Additional Discovery to be Produced**

<u>Automatic Discovery To Be Provided by the Government</u>

The Government stated in its discovery letter that it expects to be providing additional automatic disclosure discovery to Defendants. The Government anticipates that it will provide additional discovery in its possession within 45 days. The Government notes that it also continuously receives discovery from varied sources, and it will produce this discovery to Defendants as soon as the discovery is reproduced.

<u>Automatic Discovery To Be Provided by Defendants</u>

The defendants are not aware of any automatic discovery materials.

**3. The Timing of Any Additional Discovery Requests**

Defendants' request until on or before March 31, 2017 to make discovery requests, and the Government requests until April 25, 2017 to respond.

**4. Whether Any Protecive Orders Addressing the Disclosure or Disseminatin of Sensitive Information Concerning Victims, Witnesses, Defendants, or Law Enforcement Sources or Techniques May Be Appropriate**

Much of the Government's discovery contains highly sensitive information, including patient files, personnel records and financial information. These files are available for inspection. The parties intend to seek a Protective Order regarding this material.

**5. The Timing of Any Pretrial Motions Under Fed. R. Crim. P. 12(b)**

Upon completion of discovery, the government and the defense will submit a proposed scheduling order for filing Fed. R. Crim, P. 12(b) motions.

**6. The Timing of Expert Witness Disclosures**

If expert witness disclosures are necessary, the parties request that the schedule for their production be established at a later date.

**7. Periods of Excludable Delay Under the Speedy Trial Act**P

Pursuant to the Court's Order of January 10, 2017 (Docket No. 34), the period of time from January 5, 2017, the date of the first initial appearance, and March 7, 2017, has been excluded. As of March 7, 2017, there will be seventy days remaining on the Speedy Trial clock.

**8. The Timing of the Final Status Conference or any Further Interim Status Conference**

The parties believe that an interim status conference be held after the Government has had an opportunity to respond to Defendants' discovery requests.

FOR THE UNITED STATES:

WILLIAM D. WEINREB
Acting U.S. Attorney

By:   /s/ *Susan M. Poswistilo*
K. NATHANIEL YEAGER (BBO #630992)
SUSAN M. POSWISTILO (BBO #565581)
Assistant U.S. Attorneys
Office of the U.S. Attorney
John J. Moakley Federal Courthouse
One Courthouse Way, Ste. 9200
Boston, MA  02210
NY:   (617)748-3311
SMP:  (617) 748-3103
nathaniel.yeager@usdoj.gov
susan.poswistilo@usdoj.gov

By: /s/ Wick Sollers
Joseph Sedwick Sollers, III
wsollers@kslaw.com
D.C. Bar No. 370886
King & Spalding LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 737-0500

William H. Kettlewell
wkettlewell@collorallp.com
BBO No. 270320
Collora LLP
100 High Street
Boston, MA 02110
Telephone: (617) 371-1037

*Attorneys for Defendant Michael L. Babich*

By: /s/ Lee Stein
Lee Stein
lee@mitchellsteincarey.com
AZ Bar No. 012368
Mitchell Stein Carey PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 358-0291

*Attorney for Sunrise Lee*

By: /s/ George W. Vien
George W. Vien
gwv@dcglaw.com
BBO No. 547741
Peter E. Gelhaar
peg@dcglaw.com
BBO No. 188310
Joshua N. Ruby
jnr@dcglaw.com
BBO No. 679113
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880

*Attorney for Alec Burlakoff*

By: /s/ Steven A. Tyrrell
Steven A. Tyrrell
steven.tyrrell@weil.com
D.C. Bar. No. 998795
Patrick J. O'Toole, Jr.
Patrick.otoole@weil.com
BBO No. 559267
Weil, Gotshal & Manges LLP
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7213

*Attorney for Richard M. Simon*

By: /s/ Ben T. Clements
Ben T. Clements
BBO No. 555802
bclements@clementspineault.com
Clements & Pineault, LLP
24 Federal Street
Boston, MA 02110
Telephone: (857) 445-0133

*Attorney for Michael J. Gurry*