UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 16-10343-ADB |
| | ) | |
| v. | ) | |
| | ) | |
| (1) MICHAEL L. BABICH | ) | |
| (2) ALEC BURLAKOFF | ) | |
| (3) MICHAEL J. GURRY | ) | |
| (4) RICHARD M. SIMON | ) | |
| (5) SUNRISE LEE | ) | |
| (6) JOSEPH A. ROWAN | ) | |
|     Defendants. | ) | |
| | ) | |

UNITED STATES' MOTION TO EXCLUDE TIME
THROUGH AND INCLUDING JULY 27, 2017
(ASSENTED TO)

The United States of America, by its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, hereby moves the Court to exclude from all Speedy Trial calculations the period of time from June 15, 2017 (the date of the first Interim Status Conference) through and including July 27, 2017 (the date of the next status conference) pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*. The Court previously excluded all time from Speedy Trial calculations. The United States recently provided defendants with additional discovery, and the instant exclusion of time is necessary in order to give the parties sufficient time to review and evaluate the discovery produced by the government and is in the interests of justice. Title 18, United States Code, Section 3161(h)(7)(A). The requested delay is in the best interests of justice and outweighs the best interests of the public and Defendants in a speedy trial.

Defendants, through their respective counsel, assented to the exclusion of this time. (Docket No. 112).

WHEREFORE, the United States respectfully requests that the Court enter a written Order of Excludable Delay for the period June 15, 2017, through and including July 27, 2017.

>WILLIAM D. WEINREB
>Acting United States Attorney
>
>By: /s/ *Susan M. Poswistilo*
>SUSAN M. POSWISTILO (BBO# 565581)
>K. NATHANIEL YEAGER (BBO # 630992)
>Assistant U.S. Attorneys
>John W. McCormack Federal Courthouse
>One Courthouse Way, Ste. 9200
>Boston, MA  02210
>(617) 748-3100
>susan.poswistilo@usdoj.gov
>nathaniel.yeager@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

>/s/ *Susan M. Poswistilo*
>Susan M. Poswistilo
>Assistant U.S. Attorney

Date: June 19, 2017