# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.  )<br><br>MICHAEL L. BABICH et al.,  )<br><br>Defendants.  ) | Criminal No. 16-CR-10343-ADB<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO PRODUCE EXCULPATORY MATERIAL IN THE POSSESSION OF SISTER USAOs AND FEDERAL AGENCIES

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E); Local Rules 116.1(c)(1)(A) and 116.2; and the Supreme Court's decisions in *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972), Defendants hereby respectfully move for an order requiring the government to disclose to Defendants any exculpatory and impeachment material in the possession of the United States Attorney's Offices and federal agencies that have participated and assisted in the Massachusetts United States Attorney's Office's investigation of Defendants. The government asserts that it has no such discovery obligation because those USAOs and federal agencies are "*not* part of the prosecution team" for purposes of this case.  Gov't Response to Defendants' Discovery Letter, Dkt. #296, at 2 (April 24, 2018) (emphasis added).  As Defendants explain in their accompanying memorandum of law, however, the government's position is contrary to the Massachusetts USAO's prior public statements regarding the Superseding Indictment, its course of conduct in this matter, and the law.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, Defendants hereby request oral argument on this motion.

Dated: May 21, 2018                                     Respectfully submitted,

/s/ Joseph Sedwick Sollers
Joseph Sedwick Sollers, III
(admitted *pro hac vice*)
wsollers@kslaw.com
Mark Jensen
mjensen@kslaw.com
King & Spalding LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 737-0500

William H. Kettlewell (BBO# 270320)
wkettlewell@collorallp.com
Collora LLP
100 High Street
Boston, MA 02110
Telephone: (617) 371-1037

**Attorneys for Michael Babich**

/s/ Tracy A. Miner
Tracy A. Miner (BBO# 547137)
tminer@demeollp.com
Megan Siddall (BBO# 568979)
msiddall@demeollp.com
Demeo LLP
200 State Street
Boston, MA 02109
Telephone: (617) 263-2600

**Attorneys for Michael Gurry**

/s/ Peter C. Horstmann
Peter C. Horstmann (BBO# 556377)
pete@horstmannlaw.com
Law Offices Peter Charles Horstmann
450 Lexington Street, Suite 101
Newton, MA 02466
Telephone: (617) 723-1980

**Attorney for Sunrise Lee**

/s/ George W. Vien
George W. Vien (BBO# 547741)
gwv@dcglaw.com
Peter E. Gelhaar (BBO# 188310)
peg@dcglaw.com
Joshua N. Ruby (BBO# 679113)
jnr@dcglaw.com
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880

**Attorneys for Alec Burlakoff**

/s/ Steven A. Tyrrell
Steven A. Tyrrell (admitted *pro hac vice*)
steven.tyrrell@weil.com
Patrick J. O'Toole, Jr. (BBO# 559267)
Patrick.otoole@weil.com
Weil, Gotshal & Manges LLP
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7213

**Attorneys for Richard Simon**

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case, LLP
75 State Street
Boston, MA 02109
Telephone: (617) 939-9310

**Attorneys for Joseph Rowan**

/s/ Aaron M. Katz
Beth A. Wilkinson (admitted *pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Alexandra M. Walsh (admitted *pro hac vice*)
awalsh@wilkinsonwalsh.com
Wilkinson Walsh + Eskovitz
2001 M St. NW
Washington, D.C. 20036
Telephone: (202) 847-4000

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800
Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000

***Attorneys for Dr. John Kapoor***

## CERTIFICATE OF SERVICE

I, Aaron M. Katz, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on May 21, 2018.

/s/ Aaron M. Katz

## LOCAL RULE 7.1 CERTIFICATION

I, Aaron M. Katz, hereby certify that, prior to filing this motion, Defendants sought the requested materials via a discovery letter, and the government refused Defendants' request.

/s/ Aaron M. Katz