%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. __1__   Investigating Agency __FBI__

**City** __Boston__   **Related Case Information:**

**County** __Suffolk__   Superseding Ind./ Inf. __Yes__   Case No. __16-10343-ADB__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __14mj7083-JCB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Michael L. Babich__   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address __(City & State) Scottsdale, AZ 85255__

Birth date (Yr only): __1976__   SSN (last4#): __6109__   Sex __M__   Race: __Caucasian__   Nationality: _____

**Defense Counsel if known:** __Joseph Sedwick Sollers, III__   Address __King & Spalding, LLP__

**Bar Number** _____   __1700 Pennsylvania Avenue, NW Suite 200__
__Washington, D.C. 20006__

**U.S. Attorney Information:**

AUSA __K. Nathaniel Yeager, David Lazarus, David D'Addio__   Bar Number if applicable __630992, 624907, 665790__

Interpreter:   ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

Matter to be SEALED:   ☐ Yes  ☐ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** __12/08/2016__

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: __D. of AZ__   on __December 8, 2016__

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __09/11/2018__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 16-10343-ADB

**Name of Defendant** MICHAEL L. BABICH

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** 1     **Investigating Agency** FBI

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. Yes     Case No. 16-10343-ADB
Same Defendant X     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 14mj7083-JCB
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** ALEC BURLAKOFF     **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Palm Beach Gardens, FL 33418

**Birth date (Yr only):** 1974     **SSN (last4#):** 7502     **Sex** M     **Race:** Caucasian     **Nationality:** _____

**Defense Counsel if known:** George W. Vien     **Address** Donnelly, Conroy & Gelhaar, LLP

**Bar Number** 547741     260 Franklin Street, Suite 1600
Boston, MA 02110

**U.S. Attorney Information:**

**AUSA** K. Nathaniel Yeager, David Lazarus, David D'Addio     **Bar Number if applicable** 630992, 624907, 665790

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☐ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** 12/08/2016

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: W.D.N.C. on 12/08/2016

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/11/2018     **Signature of AUSA:** _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):   16-10343-ADB

**Name of Defendant**   ALEC BURLAKOFF

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     Category No. __1__     Investigating Agency __FBI__

**City** __Boston__     **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. __Yes__     Case No. __16-10343-ADB__
Same Defendant __x__     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __14mj7083-JCB__
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** __Michael J. Gurry__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** __(City & State) Scottsdale, AZ 85254__

**Birth date (Yr only):** __1963__   **SSN (last4#):** __0437__   **Sex** __M__   **Race:** __Caucasian__   **Nationality:** _____

**Defense Counsel if known:** __Tracy A. Miner__     **Address** __Dameo LLP__

**Bar Number** __547137__     __200 State Street__
__Boston, MA 02109__

**U.S. Attorney Information:**

**AUSA** __K. Nathaniel Yeager, David Lazarus, David D'Addio__   **Bar Number if applicable** __630992, 624907, 665790__

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☐ No

☑ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** __12/08/2016__

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: __N.D. Ill.__     on __12/8/2016__

**Charging Document:** ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:** ☐ Petty ─── ☐ Misdemeanor ─── ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/11/2018     **Signature of AUSA:** _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   16-10343-ADB

**Name of Defendant**   MICHAEL J. GURRY

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**         Category No. __1__         Investigating Agency __FBI__

City __Boston__              Related Case Information:

County __Suffolk__           Superseding Ind./ Inf. __Yes__     Case No. __16-10343-ADB__
                             Same Defendant __x__               New Defendant _____
                             Magistrate Judge Case Number
                             Search Warrant Case Number __14mj7083-JCB__
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Richard M. Simon__          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address __(City & State) Seal Beach, CA 90740__

Birth date (Yr only): __1970__  SSN (last4#): __0429__  Sex __M__  Race: __Caucasian__  Nationality: _____

Defense Counsel if known: __Steven Tyrell__          Address __Weil, Gotshal & Manges LLP__

Bar Number __DC Bar No 998795__                      __2001 M Street, N.W Suite 600__
                                                     __Washington, DC 20036__

**U.S. Attorney Information:**

AUSA __K. Nathaniel Yeager, David Lazarus, David D'Addio__   Bar Number if applicable __630992, 624907, 665790__

Interpreter:  ☐ Yes  ☑ No          List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☐ No

☐ Warrant Requested         ☑ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: __USMJ Boal__  on __01/27/2017__

Charging Document:  ☐ Complaint  ☐ Information  ☑ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  09/11/2018          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 16-10343-ADB

**Name of Defendant** RICHARD M. SIMON

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

&JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Category No. 1    Investigating Agency FBI

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. yes    Case No. 16-10343-ADB
Same Defendant x    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 14mj7083-JCB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name JOSEPH A. ROWAN    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) PANAMA CITY, FL 32401

Birth date (Yr only): 1973   SSN (last4#): 2311   Sex M   Race: Caucasian   Nationality: _____

Defense Counsel if known: Michael Kendall    Address White & Case LLP

Bar Number 544866     75 State Street
Boston, MA 02109-1814

**U.S. Attorney Information:**

AUSA K. Nathaniel Yeager, David Lazarus, David D'Addio   Bar Number if applicable 630992, 624907, 665790

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☐ Yes ☐ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** 12/08/2016

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: D. AZ on 12/08/2016

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/11/2018    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 16-10343-ADB

**Name of Defendant** RICHARD M. SIMON

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** _1_     **Investigating Agency** _FBI_

**City** _Boston_     **Related Case Information:**

**County** _Suffolk_

Superseding Ind./ Inf. _Yes_     Case No. _16-10343-ADB_
Same Defendant _x_     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _14mj7083-JCB_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Sunrise Lee_     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address _(City & State) Bryon Center, MI 49315_

Birth date (Yr only): _1980_    SSN (last4#): _4423_    Sex _F_    Race: _Unk_    Nationality: _____

**Defense Counsel if known:** _Peter Horstmann_     Address _Law Offices of Peter Charles Horstmann_

**Bar Number** _556377_     _450 Lexington Street, Suite 101_
_Newton, MA 02466_

**U.S. Attorney Information:**

AUSA _K. Nathaniel Yeager, David Lazarus, David D'Addio_    Bar Number if applicable _630992, 624907, 665790_

Interpreter: ☐ Yes ☑ No     List language and/or dialect: _____

Victims: ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☐ Yes ☐ No

☑ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date _12/08/2016_

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: _W.D. AZ_ on _12/08//2016_

Charging Document: ☐ Complaint ☐ Information ☑ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _09/11/2018_     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 16-10343-ADB

**Name of Defendant** SUNRISE LEE

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**     Category No. __1__     Investigating Agency __FBI__

**City** __Boston__     **Related Case Information:**

**County** __Suffolk__     Superseding Ind./ Inf. __yes__     Case No. __16-10343-ADB__
Same Defendant _____ New Defendant __x__
Magistrate Judge Case Number _____
Search Warrant Case Number __14mj7083-JCB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __John Kapoor__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __Phoenix, AZ 85016__

Birth date (Yr only): __1943__    SSN (last 4#): __6892__    Sex __M__    Race: __Caucasian__    Nationality: _____

**Defense Counsel if known:** __Beth A. Wilkinson__     Address __Wilkinson Walsh Eskovitz__

**Bar Number** _____     __2001 M Street, N.W__
__Washington, DC 20036__

**U.S. Attorney Information:**

AUSA __K. Nathaniel Yeager, David Lazarus, David D'Addio__     Bar Number if applicable __630992, 624907, 665790__

Interpreter: ☐ Yes ☑ No     List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☐ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __09/11/2018__     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 16-10343-ADB

**Name of Defendant** JOHN KAPPOR

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2  18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**