UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CRIMINAL NO. 16-10343-ADB |
| ) | |
| v.                              ) | |
| ) | |
| (1) MICHAEL L. BABICH          ) | |
| (2) ALEC BURLAKOFF             ) | |
| (3) MICHAEL J. GURRY           ) | |
| (4) RICHARD M. SIMON           ) | |
| (5) SUNRISE LEE                ) | |
| (6) JOSEPH A. ROWAN            ) | |
| (7) JOHN N. KAPOOR             ) | |
|     Defendants.          ) | |
| ) | |

JOINT MEMORANDUM PURSUANT TO L.R. 116.5(b)

The parties, through their respective counsel as set forth below, submit this Second Joint Memorandum pursuant to L.R. 116.5(b) regarding the interim status conference scheduled for October 19, 2018.

(1)  Status of Automatic Discovery and Pending Discovery Requests

The United States produced automatic discovery related to the initial Indictment to Defendants Babich, Burlakoff, Gurry, Simon, Lee, and Rowan on February 2, 2017.  The United States made supplemental disclosures to those defendants on March 6, April 14, June 9, June 29, July 26, and September 6, 2017.  The United States received Defendants' discovery request on May 5, 2017, to which it responded on June 5, 2017.

The First Superseding Indictment was unsealed on October 26, 2017.  The United States provided Defendant Kapoor with all discovery described above on November 14, 2017.  The United States provided all defendants with automatic discovery related to the First Superseding Indictment on November 21, 2017.  The United States made supplemental disclosures to all

defendants on December 21, 2017, February 16, 2018, March 9, 2018, March 26, 2018, April 6, 2018, April 9, 2018, April 18, 2018, April 23, 2018, April 27, 2018, May 11, 2018, June 5, 2018, June 8, 2018, June 29, 2018, July 6, 2018, July 30, 2018, August 1, 2018, August 8, 2018, and September 17, 2018.  The Defendants made discovery requests on March 20, 2018, March 22, 2018, and April 2, 2018.  The United States responded to those requests on April 23, 2018.

The Second Superseding Indictment was unsealed on September 11, 2018.  The United States provided all defendants with automatic discovery related to the Second Superseding Indictment on September 25, 2018.

(2) <u>Timing of Additional Discovery to Be Produced</u>

The United States is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

(3) <u>Timing of Additional Discovery Requests</u>

The Defendants do not anticipate serving any additional discovery requests on the United States at this time.

(4) <u>Protective Orders</u>

The Court previously entered three protective orders (Docket Nos. 81, 83, and 282).

(5) <u>Pretrial Motions under Fed. R. Crim. P. 12(b)</u>

    a.  <u>Discovery Motions</u>

Pursuant to the Court's order of February 2, 2018 (ECF 278), the Defendants filed two discovery motions (ECF 311 & 313) on May 21, 2018.  The United States filed its responses to the Defendants' discovery motions on June 11, 2018, and the Defendants submitted replies in support of their discovery motions on July 3, 2018.  On July 17, 2018, the Court held a hearing

(ECF 362) on the Defendants' discovery motions, after which it denied the Defendants' motion for discovery of patient records as moot (ECF 364). On August 3, 2018, the Court issued an order (ECF 380) granting in part and denying in part as moot the Defendants' motion seeking discovery of exculpatory material in the possession of sister USAOs and federal agencies.

On August 17, 2018, the United States filed a motion for reconsideration of the Court's August 3, 2018 order. On August 28, 2018, the Defendants filed a memorandum in opposition (ECF 406) to the United States' motion for reconsideration of the Court's August 3, 2018 order. The Court held a hearing (ECF 431) on the United States' motion for reconsideration, but reserved ruling on the motion to allow the parties to negotiate a resolution. The parties have since engaged in negotiations and will file a joint submission detailing the outcome of the negotiations before the next scheduled status conference on October 19, 2018.

  b. <u>Motion for a Bill of Particulars</u>

Upon the issuance of the Second Superseding Indictment, the Court dismissed as moot Defendants' motion for a bill of particulars relating to the First Superseding Indictment (ECF 427). Defendants anticipate filing a motion for a bill of particulars relating to the Second Superseding Indictment shortly.

  c. <u>Motion to Dismiss the Indictment</u>

Upon the issuance of the Second Superseding Indictment, the Court dismissed as moot Defendants' motion to dismiss First Superseding Indictment (ECF 426). Defendants anticipate filing a motion to dismiss relating to the Second Superseding Indictment shortly.

  d. <u>Motion to Disqualify Dr. Christopher Gilligan</u>

On August 20, 2018, the Defendants filed a Motion to Disqualify Dr. Christopher Gilligan (ECF 387), one of the individuals included in the expert witness disclosures served by the United

States on August 1, 2018. On September 4, 2018, the United States filed its opposition (ECF 407) to the Defendants' motion to disqualify. The Defendants filed their reply in further support of their motion to disqualify on September 11, 2018. On September 26, 2018, the Court granted Defendants' motion to disqualify and instructed the United States to disclose a replacement expert by October 26, 2018. The United States disclosed Dr. Stephen M. Thomas as a replacement expert on September 28, 2018.

    e. <u>Additional Rule 12(b) Motions</u>

Defendant Lee may also file motions addressing severance and venue/jurisdiction issues.

(6) <u>Timing of Expert Witness Disclosures</u>

On August 1, 2018, the United States served on the Defendants its disclosures under Federal Rule of Criminal Procedure 16 for any expert witness it intends to call in an affirmative capacity at trial. On October 1, 2018, Defendants served on the United States their disclosures under Federal Rule of Criminal Procedure 16 for any expert witness they intend to call in an affirmative capacity at trial.

Pursuant to the Court's order of February 2, 2018 (ECF 279):

    (a) the Defendants shall serve on the government all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness who they intend to call in a rebuttal capacity at trial on or before November 12, 2018.

    (b) the government shall serve on Defendants all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness who it intends to call in a rebuttal capacity at trial (i.e., not during the Government's case in chief) on or before November 12, 2018.

(7) <u>Defenses of Insanity, Public Authority or Alibi</u>

None of the Defendants has disclosed a defense of Insanity, Public Authority, or Alibi.

(8) <u>Periods of Excludable Delay</u>

On July 18, 2018, the parties filed an assented to motion to exclude time (ECF 366) up through the Interim Status Conference previously scheduled for September 6, 2018. The Court granted the parties' motion to exclude time (ECF 368) on July 19, 2018, and extended the period of excludable delay to September 13, 2018 after rescheduling this month's Interim Status Conference (ECF 396). At the Status Conference held on September 13, 2018, Defendants agreed to exclude time up through October 4, 2018. The parties agreed in their last Joint Memorandum that the time from October 4, 2018 until the next scheduled status conference on October 19, 2018 should be excluded under the Speedy Trial Act.

(9) <u>The Status of Any Plea Discussions and Likelihood and Estimated Length of Trial</u>

At this point, the parties anticipate that Defendants Babich, Gurry, Kapoor, Lee, Rowan, and Simon will go to trial.

(10) <u>The Timing of the Final Status Conference or any Further Interim Status Conference</u>

Pursuant to the Pretrial Order of (Burroughs J.) January 24, 2018 (ECF 277) the final status conference is scheduled for January 8, 2019. No further interim status conferences have been scheduled at this time.

(11) <u>Proposed Trial Date and Schedule</u>

Pursuant to the Pretrial Order of (Burroughs J.) January 24, 2018 (ECF 277) trial is scheduled January 28, 2019. The government may move for a brief continuance of the trial date. Defendants have not assented to any continuance.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:
/s/ K. Nathaniel Yeager
K. NATHANIEL YEAGER (630992)
Assistant U.S. Attorney
Office of the U.S. Attorney
John J. Moakley Federal Courthouse
One Courthouse Way, Ste. 9200
Boston, MA 02210
 (617)748-3311
nathaniel.yeager@usdoj.gov

/s/ Joseph Sedwick Sollers
Joseph Sedwick Sollers, III
(admitted *pro hac vice*)
wsollers@kslaw.com
Mark Jensen (admitted *pro hac vice*)
mjensen@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: (202) 737-0500

William H. Kettlewell (BBO# 270320)
bill.kettlewell@hoganlovells.com
Hogan Lovells US LLP
100 High Street
Boston, MA 02110
Telephone: (617) 371-1037

*Attorneys for Michael Babich*

/s/ Peter Gelhaar
George W. Vien (BBO# 547741)
gwv@dcglaw.com
Peter E. Gelhaar (BBO# 188310)
peg@dcglaw.com
Joshua N. Ruby (BBO #679113)
Donnelly, Conroy & Gelhaar, LLP
260 Frankline Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880

*Attorneys for Alec Burlakoff*

/s/ Tracy A. Miner
Tracy A. Miner (BBO# 547137)
tminer@demeollp.com
Megan Siddall (BBO# 568979)
msiddall@demeollp.com
Demeo LLP
200 State Street
Boston, MA 02109
Telephone: (617) 263-2600

*Attorneys for Michael Gurry*

/s/ Peter C. Horstmann
Peter C. Horstmann (BBO# 556377)
pete@horstmannlaw.com
Law Offices of Peter Charles Horstmann
450 Lexington Street, Suite 101
Newton, MA 02466
Telephone: (617) 723-1980

*Attorney for Sunrise Lee*

/s/ Steven A. Tyrrell
Steven A. Tyrrell (admitted *pro hac vice*)
steven.tyrrell@weil.com
Patrick J. O'Toole, Jr. (BBO# 559267)
patrick.otoole@weil.com
Weil, Gotshal & Manges LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 682-7213

*Attorneys for Richard Simon*

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case LLP
75 State Street
Boston, MA 02109
Telephone: (617) 939-9310

*Attorneys for Joseph Rowan*

<u>/s/ Kosta Stojilkovic</u>
Beth A. Wilkinson (admitted *pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Alexandra M. Walsh (admitted *pro hac vice*)
awalsh@wilkinsonwalsh.com
Kosta Stojilkovic (admitted *pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
Wilkinson Walsh + Eskovitz
2001 M St. NW
Washington, D.C. 20036
Telephone: (202) 847-4000

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000

***Attorneys for Dr. John Kapoor***

## Certificate of Service

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants.

        By: /s/ K. Nathaniel Yeager
        K. NATHANIEL YEAGER
        Assistant United States Attorney