**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL L. BABICH et al., )<br>)<br>Defendants. )<br>) | Criminal No. 16-CR-10343-ADB |

**ASSENTED-TO MOTION FOR STATUS CONFERENCE**
**ON TRIAL DATE AND SCHEDULE**

The pre-trial order in this case states: "Trial shall commence on January 28, 2019 at 9:00 A.M. in Courtroom 17, with jury selection to take place prior to that date." (Dkt. No. 277 at 1). On October 11, 2018, the government notified Defendants that it may seek a continuance of the trial date. In subsequent conversations, the government indicated that it would propose holding jury selection the week of February 11, 2019, with trial to commence either the week of February 19 (which is a school vacation week in Massachusetts) or the week of February 25. The government's proposal would effectively push the trial back three weeks.

The undersigned Defendants have not agreed to any continuance. While the government has indicated to Defendants that it *expects* its case-in-chief to be shorter than previously forecast, the government has not been willing to *commit* to a shorter case-in-chief. Moreover, the government has taken the position that the Second Superseding Indictment does not materially change the scope of its case, despite featuring three fewer counts and approximately 50 fewer pages of allegations than the First Superseding Indictment.

Defendants cannot agree to a schedule that compensates for the government's struggles to be ready on time by potentially compressing the trial time allotted to Defendants. Moreover, if trial does not end as previously planned, it would conflict with commitments of defense counsel that were scheduled based on the anticipated end date. Defendants are agreeable to the Court's

suggestion, *see* Dkt. No. 449 at 7 n.1, that the trial break for both school vacation weeks (the weeks of February 18 and April 15, 2019). The current schedule would allow for both breaks without unfairly impacting Defendants' trial time or implicating conflicts for certain defense counsel.

The government has yet to file a motion to continue. Because the trial involves substantial expenses for Defendants, including lodging and other logistics for numerous out-of-town attorneys and witnesses, Defendants respectfully ask for a status conference before Judge Burroughs to address the trial schedule as soon as possible. Recognizing that the Court has other active matters on its docket, Defendants note that this Friday, October 19, 2018 is available for them, as they will already be appearing before Magistrate Judge Boal at 11:30 a.m. for a status conference.

Prior to filing this motion, the undersigned conferred with counsel for the government, who indicate they are agreeable to a status conference to discuss trial schedule on October 19, 2018.

Respectfully submitted,

| | |
|---|---|
| Joseph Sedwick Sollers | /s/ Tracy A. Miner |
| Joseph Sedwick Sollers, III | Tracy A. Miner (BBO# 547137) |
| (admitted *pro hac vice*) | tminer@demeollp.com |
| wsollers@kslaw.com | Megan Siddall (BBO# 568979) |
| Mark Jensen (admitted *pro hac vice*) | msiddall@demeollp.com |
| mjensen@kslaw.com | Demeo LLP |
| King & Spalding LLP | 200 State Street |
| 1700 Pennsylvania Avenue NW | Boston, MA 02109 |
| Washington, D.C. 20006 | Telephone: (617) 263-2600 |
| Telephone: (202) 737-0500 | |
| | *Attorneys for Michael Gurry* |
| William H. Kettlewell (BBO# 270320) | |
| bill.kettlewell@hoganlovells.com | /s/ Peter C. Horstmann |
| Hogan Lovells US LLP | Peter C. Horstmann (BBO# 556377) |
| 100 High Street | pete@horstmannlaw.com |
| Boston, MA 02110 | Law Offices of Peter Charles Horstmann |
| Telephone: (617) 371-1037 | 450 Lexington Street, Suite 101 |
| | Newton, MA 02466 |
| *Attorneys for Michael Babich* | Telephone: (617) 723-1980 |
| | |
| | *Attorney for Sunrise Lee* |

- 3 -

/s/ Kosta Stojilkovic
Beth A. Wilkinson (admitted pro hac vice)
bwilkinson@wilkinsonwalsh.com
Alexandra M. Walsh (admitted pro hac vice)
awalsh@wilkinsonwalsh.com
Kosta Stojilkovic (admitted pro hac vice)
kstojilkovic@wilkinsonwalsh.com
Wilkinson Walsh + Eskovitz
2001 M St. NW
Washington, D.C. 20036
Telephone: (202) 847-4000

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000

***Attorneys for Dr. John Kapoor***

/s/ Steven A. Tyrrell
Steven A. Tyrrell (admitted *pro hac vice*)
steven.tyrrell@weil.com
Patrick J. O'Toole, Jr. (BBO# 559267)
patrick.otoole@weil.com
Weil, Gotshal & Manges LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 682-7213

***Attorneys for Richard Simon***

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case LLP
75 State Street
Boston, MA 02109
Telephone: (617) 939-9310

***Attorneys for Joseph Rowan***

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that counsel for Defendants and the government have conferred and that counsel for the government has assented.

/s/ Kosta Stojilkovic
Kosta Stojilkovic
Counsel for Dr. John Kapoor

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on counsel for the government through the ECF system.

/s/ Kosta Stojilkovic
Kosta Stojilkovic
Counsel for Dr. John Kapoor