UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) <br> ) Criminal No. 16-10343-ADB <br> ) <br> ) <br> ) <br> ) <br> ) |
| v. | |
| MICHAEL L. BABICH, et al., | |
| Defendants. | |

SCHEDULING ORDER

October 22, 2018

Boal, M.J.

Upon consideration of the parties' proposals during the October 19, 2018 status conference, it is hereby ORDERED:

1. The government shall provide a supplemental response on any unresolved categories of agency records by **October 26, 2018**.

2. The government shall produce agency records on a rolling basis and complete the production by **November 16, 2018**.

3. The government shall provide a privilege log for any documents withheld on privilege grounds by **November 30, 2018**.

4. The defendants shall file their motion for a bill of particulars by **October 23, 2018**. The government shall file its opposition to the defendants' motion for a bill of particulars by **October 30, 2018**. The Court will hear oral argument on **November 5, 2018 at 2:00 p.m.**

　　　　　　　　　　　　　　　　　　　　  /s/  Jennifer C. Boal
　　　　　　　　　　　　　　　　　　　　JENNIFER C. BOAL
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE