**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MICHAEL L. BABICH et al., ) <br> ) <br> Defendants. ) | Criminal No. 16-CR-10343-ADB <br><br> ORAL ARGUMENT REQUESTED |

## DEFENDANTS' MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT

Defendants Michael L. Babich, Michael J. Gurry, Richard M. Simon, Sunrise Lee, Joseph A. Rowan, and Dr. John Kapoor hereby jointly move this Court to dismiss the Government's Second Superseding Indictment (Dkt. No. 419) pursuant to Federal Rules of Criminal Procedure 7(c) and 12(b)(3)(B). Defendants have filed an accompanying memorandum in support of their motion pursuant to Local Rules 112.1 and 7.1.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rules 112.1 and 7.1(d), Defendants respectfully request that oral argument be scheduled on this motion.

WHEREFORE, as further set out in their accompanying memorandum of law, Defendants respectfully move the Court to dismiss the Second Superseding Indictment.

Dated:  October 31, 2018                              Respectfully submitted,

| | |
|---|---|
| /s/ Joseph Sedwick Sollers | /s/ Beth A. Wilkinson |
| Joseph Sedwick Sollers, III | Beth A. Wilkinson (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | bwilkinson@wilkinsonwalsh.com |
| wsollers@kslaw.com | Alexandra M. Walsh (admitted *pro hac vice*) |
| Mark Jensen (admitted *pro hac vice*) | awalsh@wilkinsonwalsh.com |
| mjensen@kslaw.com | Kosta Stojilkovic (admitted *pro hac vice*) |
| King & Spalding LLP | kstojilkovic@wilkinsonwalsh.com |
| 1700 Pennsylvania Avenue NW | Wilkinson Walsh + Eskovitz |
| Washington, D.C. 20006 | 2001 M St. NW |
| Telephone: (202) 737-0500 | Washington, D.C. 20036 |
| | Telephone: (202) 847-4000 |
| William H. Kettlewell (BBO# 270320) | |
| bill.kettlewell@hoganlovells.com | Brien T. O'Connor (BBO# 546767) |
| Hogan Lovells US LLP | brien.o'connor@ropesgray.com |
| 100 High Street | Aaron M. Katz (BBO# 662457) |
| Boston, MA 02110 | aaron.katz@ropesgray.com |
| Telephone: (617) 371-1037 | Ropes & Gray LLP |
| | Prudential Tower, 800 Boylston Street |
| ***Attorneys for Michael Babich*** | Boston, Massachusetts 02199 |
| | Telephone: (617) 951-7000 |
| | |
| | ***Attorneys for Dr. John Kapoor*** |
| | |
| /s/ Tracy A. Miner | /s/ Steven A. Tyrrell |
| Tracy A. Miner (BBO# 547137) | Steven A. Tyrrell (admitted *pro hac vice*) |
| tminer@demeollp.com | steven.tyrrell@weil.com |
| Megan Siddall (BBO# 568979) | Patrick J. O'Toole, Jr. (BBO# 559267) |
| msiddall@demeollp.com | patrick.otoole@weil.com |
| Demeo LLP | Weil, Gotshal & Manges LLP |
| 200 State Street | 2001 M Street NW |
| Boston, MA 02109 | Washington, D.C. 20036 |
| Telephone: (617) 263-2600 | Telephone: (202) 682-7213 |
| | |
| ***Attorneys for Michael Gurry*** | ***Attorneys for Richard Simon*** |
| | |
| /s/ Michael Kendall | /s/ Peter C. Horstman |
| Michael Kendall (BBO# 544866) | Peter C. Horstmann (BBO# 556377) |
| michael.kendall@whitecase.com | pete@horstmannlaw.com |
| Alexandra Gliga (BBO# 694959) | Law Offices of Peter Charles Horstmann |
| alexandra.gliga@whitecase.com | 450 Lexington Street, Suite 101 |
| White & Case LLP | Newton, MA 02466 |
| 75 State Street | Telephone: (617) 723-1980 |
| Boston, MA 02109 | |
| Telephone: (617) 939-9310 | ***Attorney for Sunrise Lee*** |
| | |
| ***Attorneys for Joseph Rowan*** | |

**LOCAL RULE 7.1 CERTIFICATION**

      Pursuant to Local Rule 7.1, I hereby certify that counsel for Defendants have in good faith attempted to confer with counsel for the Government to resolve or narrow the issues presented by this motion, and that the disputed issues remain unresolved.

      /s/ Beth A. Wilkinson
      Beth A. Wilkinson
      Counsel for Dr. John Kapoor

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document will be served on all counsel of record through the ECF system.

      /s/ Beth A. Wilkinson
      Beth A. Wilkinson
      Counsel for Dr. John Kapoor