# EXHIBIT 4
# to Motion in Limine # 11-12

# Filed Under Seal