# EXHIBIT 11
# to Motion in Limine # 11-12

# Filed Under Seal