# Exhibit 1

# Email Message

**From:** Alec Burlakoff [aburlakoff@insysrx.com]
**Sent:** Monday, September 17, 2012 7:56 PM
**To:** leesunrise@yahoo.com
**Subject:** FW: Physician update

Sunny
Please see below, remind me to discuss with you............

Alec

**From:** Michael Babich
**Sent:** Monday, September 17, 2012 2:47 PM
**To:** Alec Burlakoff
**Subject:** Fw: Physician update

Holly is Chi North. Def one to watch as she is shy.. But could have been lack of leadership

**From:** Holly
**Sent:** Monday, September 17, 2012 11:46 AM
**To:** Michael Babich
**Subject:** Physician update

Mike,

Sorry this is a few hours late, it slipped my mind this morning. See you later this week!





7. <u>Madison (1)</u>- I call on Dr. Madison once sometimes twice a week. Dr. Madison runs a very shady pill mill and only accepts cash. He sees very few insured patients but does write some Fentora. He is extremely moody, lazy and inattentive. He basically just shows up to sign his name on the prescription pad, if he shows up at all. I have been working more with his MA who is the one that knows what is going on in his office. He has agreed to try and help me out but I know he is afraid of Dr. Madison's outbursts and is reluctant to input. I think that being in the office at the right time, when the right patient walks in, on a day Dr. Madison is in a good mood is the only way I will get him to write. This is the reason I call on him frequently. Also, My co-

pay cards have started to go missing from this office ever since the Lazanda rep started showing up. I have conveyed this to my RSM several times.

    a. **8/10-** Had a great lunch with him Friday and he promises to give Subsys a try. Said he had been concerned about abuse with such fast onset but feels ready to try it out. He is forgetful and lazy so I will be making at least 2 stops to see him this week to keep him on track. He may have written on Friday.

    b. **8/17-** Dr. Madison I believe is close to writing. He now keeps Subsys co-pay cards on his desk rather than with all the others and promises he is working on getting it going with patients. He does see a lot of uninsured patients so it may take a little time for him to come across the right patient that will get coverage.

    c. **8/24- Dr Madison assures me he is working on getting some Subsys patients going. As I have mentioned he sees cash paying patients almost exclusively so it may take time for him to come across the right patient. Subsys co-pay cards now sit directly on his desk in his office so they do not continue to get stolen.**

8/31- Dr. Madison says he is still working on getting subsys for the right patient. He wants to be certain that the patients he prescribes for will get coverage. He sees many cash only patients.

9/14: Dr Madison continues to assure me he will try subsys on new patients with good insurancecc. I can tell he is cautious about getting in trouble and am not sure how he has avoided it at this point. He is writing less Fentanyl in general but I will continue to call on him often to remind him.

Confidential
INS2042178