# Exhibit 3

# Email Message

**From:** ███████████████████@insysrx.com]
**Sent:** Friday, May 09, 2014 5:21 PM
**To:** ███████████████
**Subject:** RE: BENZER

Market change condition...

# Michigan neurologist under federal Medicare fraud investigation

███████████████

Sr. Director of Trade and Distribution



444 S ELLIS ST, CHANDLER, AZ 85224

Cell: 612-599-0554
███████@insysrx.com

**From:** ████████████████
**Sent:** Friday, May 09, 2014 12:09 PM
**To:** ████████████
**Subject:** RE: BENZER

Dion – Back up for me a bit here...why does Benzer need to return inventory?  Is it aged and we need to get it place with Linden Care?

**From:** Dion ████████
**Sent:** Friday, May 09, 2014 9:40 AM
**To:** ████████████
**Cc:** ██████████████████████████Michael Babich; █████████████
**Subject:** BENZER

Hi,

Just got off the phone with Benzer.

1st ; payment has been sent in for 320K.   . Track # 599301742742  was signed into office this AM

2nd he is sending me current inventory on hand and amounts.   I will work with ICS to return to ICS inventory.

We will need to figure amount owed and value of return so we can settle up and disengage on this.

Stay tuned


Dion███
Sr. Director of Trade and Distribution



444 S ELLIS ST, CHANDLER, AZ 85224

Cell: 612-599-0554
████@insysrx.com

INS-BOS-00546754