# Exhibit 5

# Email Message

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, July 23, 2013 3:05 PM
**To:** Michael Babich
**Subject:** email

There has been some activity on cafepharma about Alec's email about PIP's and Sue forwarded it to her personal email address this morning.

Forwarding company business to a personal address is specifically against policy.

Confidential
INS-BOS-08344569