# Exhibit 6

| | |
|---|---|
| **Message** | |
| From: | John Kapoor [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JOHN KAPOOR388] |
| Sent: | 7/22/2013 3:58:50 PM |
| To: | |
| Subject: | FW: |

**From:** Subsys Rep Sue [mailto:███73@aol.com]
**Sent:** Friday, July 19, 2013 10:44 PM
**To:** John Kapoor
**Subject:** Fwd:

Internet "chatter" .... pisses me off... but I know why they are saying these things. If the good reps leave numbers will plummet. This is what other people are saying - I only moan and groan to you. So I'm obviously not crazy......



06-25-2013, 08:35 PM
Anonymous                                                              Posts: n/a

**Galena- recruiting?**

For those unhappy with INSYS - galena bio pharma is recruiting- paying a shit ton- but looking for at least 3 yrs pharma experience- just an FYI- so 3/4 the rookies at INSYS won't be qualified but the more experienced reps may have a shot

#2
06-26-2013, 03:06 PM
Anonymous                                                              Posts: n/a

**Re: Galena- recruiting?**

CONFIDENTIAL                                                                                           EJF-000112961

Quote:

> Originally Posted by **Anonymous**
>
> For those unhappy with INSYS - galena bio pharma is recruiting- paying a shit ton- but looking for at least 3 yrs pharma experience- just an FYI- so 3/4 the rookies at INSYS won't be qualified but the more experienced reps may have a shot

I just got off the phone with the manger and they are looking at everyone. They are paying a crap load!

---

#3

06-27-2013, 05:57 PM

Anonymous — Posts: n/a

**Re: Galena- recruiting?**

I just got off the phone with regional manager and their giving away 20k in stock upfront- the salary was unbelievable- 600 dollar in car allowance, gas card- and an opportunity to SELL an oncology product, not some pain management drug. I'm considering

---

#4

07-02-2013, 08:30 AM

Anonymous — Posts: n/a

**Re: Galena- recruiting?**

Thanks Matt!

CONFIDENTIAL

EJF-000112962

#5

Yesterday, 12:20 PM

Anonymous — Posts: n/a

**Re: Galena- recruiting?**

INSYS is about to be in deep shit with fentora, just a FYI!

#6

Yesterday, 05:32 PM

Anonymous — Posts: n/a

**Re: Galena- recruiting?**

INSYS is going to in deep shit with both the FDA and DEA soon.

#7

Yesterday, 06:43 PM

Anonymous — Posts: n/a

**Re: Galena- recruiting?**

Screw this company, Galena is offering me almost triple the salary, peace!!!! See u on the flip side! And yes, INSYS is extremely shady in their business tactics