# Exhibit 7

# Email Message

**From:** ▮
**Sent:** Sunday, November 04, 2012 10:33 PM
**To:** Michael Babich
**Subject:** cafepharma

We made it on the most recent posts, they even incanted my name this time�we could probably figure out who it is, based on what they said�

Confidential

INS-BOS-08890215