# Exhibit 8

| | |
|---|---|
| Message | |
| **From:** | Franc Del Fosse [fdelfosse@insysrx.com] |
| **Sent:** | 12/21/2015 4:36:42 PM |
| **To:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **CC:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; John Kapoor [jkapoor@insysrx.com]; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject:** | FW: Request for Removal of Posts |

Jenna,

# Redacted



**General Counsel**



1333 South Spectrum Blvd, Suite 100

Chandler, AZ 85286

Direct Office: 480-500-3163

Mobile: (480) 358-5883

Confidential Fax: 866-680-6478


@insysrx.com * www.insysrx.com

**From:** Cafepharma [mailto:support@cafepharmainc.freshdesk.com]
**Sent:** Monday, December 21, 2015 9:01 AM
**To:**
**Subject:** Re: Request for Removal of Posts

Franc,

We have reviewed these threads and posts and we have taken the following actions:

1) ▮▮▮▮ removed several posts. Considering action on thread.

2) "No Words Needed" - removed: 14, 16, 18, 24

3) "Babbich as Director" - removed: 5, 7

4) "How Long will Dan Last once he realizes" - removed: 4, 5

5) "PA Subpoena's" - removed: 3, 5
CONFIDENTIAL                                                                                                          EJF-000341962

6) "Secret Credit Card" - 3, 14, 15, 17

7) "My Truth on Insys Therapeutics" - did not remove

Best regards,

Michael Bryan

On Thu, 17 Dec at 10:39 AM , ███████ General Counsel of Insys - ███@insysrx.com> wrote:

In connection with the Insys message board, please remove the following posts we violate your Terms of Use:

1) ███████ -the entire thread (all posts)

2) "No Words Needed" --post #3, 14, 15, 16, 18, 24, 25

3) "Babbich as Director" -- post #2, #5, #6, #7

4) "How Long will Dan Last once he realizes"-- post #4, #5

5) "PA Subpoena's" --post #3, #5

6) "Secret Credit Card" post #3, 14, 15, 17

7) "My Truth on Insys Therapeutics" post #3

cafepharma powered by Freshdesk