# Exhibit 9

# Email Message

**From:** Richard Simon [rsimon@insysrx.com]
**Sent:** Wednesday, October 03, 2012 2:41 PM
**To:** Michael Babich; Alec Burlakoff; ███████████ Mike Gurry
**Subject:** Dr. ███████ and Subsys Distribution
**Attachments:** photo.JPG

All,
Dr. ████ (D-7) largest prescriber in the state of Arkansas and registered speaker, after last nights dinner has given a commitment to be a major supporter of Casey and Subsys.
His challenge is getting Subsys to his pharmacy as McKesson and Cardinal won't ship to his pharmacy as he writes so many schedule 2's.

We spoke to the pharmacist directly this morning who has found a wholesaler called inSource out of Virginia to provide him product. Below is the information for inSource. From the pharmacists perspective, he doesn't care where it comes from as long as he can get it.
From the physicians standpoint it would be ideal to supply direct.

Solutions:
1. Ship Subsys direct to his pharmacy (most preferred option)
2. Find alternative wholesaler to provide Subsys.

MD's Info:
United Pain Care
███████████████

7481 Warden Rd.
Sherwood Arkansas 72120
Phone: 501-834-7246
Fax: 501-542-4295

Pharmacy Info:
United Pain Care Pharmacy

7481 Warden Rd. Sherwood Arkansas 72120
Phone: 501-588-4175
Fax: 501-377-9233
email: pharmacy@unitedpaincare.com
DEA# FU2008313   DEA Expiration date: 5/31/2013
State Permit# 067697  State Permit Expiration: 12/31/2013

Please let me know if you need any additional information and which solution we can go with.

Thank you,

Rich


Begin forwarded message:

> From: "Richard Simon" <richard.simon103@gmail.com>
> To: "Richard Simon" <rsimon@insysrx.com>

Confidential

INS1988516