# Exhibit 10

| From: | ▮ |
|---|---|
| Sent: | Sunday, October 7, 2012 9:57 PM |
| To: | Michael Babich |
| Cc: | Richard Simon |
| Subject: | Fwd: Weekly Update |

Sent from my iPad

Begin forwarded message:

> **From:** ▮
> **Date:** October 1, 2012 11:01:07 AM CDT
> **To:** Michael Babich <mbabich@insysrx.com>
> **Cc:** Richard Simon <rsimon@insysrx.com>
> **Subject: Fwd: Weekly Update**

Sent from my iPad

Begin forwarded message:

> **From:** ▮
> **Date:** September 23, 2012 8:12:42 PM CDT
> **To:** Michael Babich <mbabich@insysrx.com>
> **Cc:** Richard Simon <rsimon@insysrx.com>, Alec Burlakoff <aburlakoff@insysrx.com>
> **Subject: Weekly Update**
>
> 1. ▮ (1): Very pleased with Subsys. Has had difficulty with insurance coverage lately. Pharmacy located within same building cannot order CII Rx from distributors due to ratio of opioids to other Rx. See once every week

a. **8/10**- Is practicing Ramadan until September, have lunch scheduled first of Sept.

b. **8/17**- Dropped off marketing materials. Have been unable to see both office manager & Dr. ████ recently, received Dr. ████ email address and corresponded via email.

c. **8/24**- Arrived at office where Dr. ████ was very behind, haven't been able to see lately and decided to wait an hour. Was not able to see but reiterated email that was sent and need to discuss speaker event.

d. 9/7- Spoke to staff and they informed me Dr ████ would like to be taken off my call list. They would not give reason and I have been unable to reach Dr. ████ or his office manager for at least a month. The pharmacy which is located in the same stand alone building was shut down due to the high percentage of opioids being dispensed. It has recently been opened but is unable to stock opioids. I spoke to ████ and we are both under the opinion that they may be under investigation. I will follow up in 3 - 4 weeks to let things settle down.

e. 9/14- Not seen this week, will wait for things to settle down.
f. 9/21- Not seen this week.
g. 9/28 - Called office to schedule dinner with Rich Simon & Dr. ████ the staff member was very receptive in being the facilitator on time and venue. Look forward to our dinner 10/2 to mend any problems in our relationship and move forward with Dr. ████ writing Subsys as he did before.
h. 10/5 - RSM Rich Simon and I took Dr. ████ and his office manager out to dinner and turned things around 180 degrees. We set out a plan to conduct dinner programs for Dr. ████ to speak at his request. Dr. ████ was not able to receive schedule two drugs in his buildings pharmacy which prevented his writing our drug. Rich Simon and I have been speaking to the pharmacist, Jim P., Dion R. & Dr. ████ to resolve the issue but have a guarantee from Dr. ████ to have "more scripts than we can handle" once the pharmacy issue is resolved and begins to speak.