# Exhibit 11

| | |
|---|---|
| From: | [redacted] |
| Sent: | Friday, January 3, 2014 2:05 PM |
| To: | John Kapoor |
| Subject: | Bruce [redacted] |

Hi Dr. Kapoor,

I called Mr. [redacted] and got his voice mail.

Referenced you and hope to hear back from him soon.

On an additional note had conversation with Dr [redacted] pharmacist regarding direct sales and he was very excited about the concept. I plan to meet with them at C&R in the next couple of weeks.

Have a great day

[redacted]
Sr. Director of Trade and Distribution



444 S ELLIS ST, CHANDLER, AZ 85224

Cell: 612-599-0554

[redacted]

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message may contain confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.