# Exhibit 12

# Email Message

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Saturday, January 18, 2014 5:32 AM
**To:** Michael Babich; Alec Burlakoff; Mike Gurry; Richard Simon; ▇▇▇▇
**Subject:** Learnings Today

Alec and I spoke to a handful of docs today and had some notable learnings/confirmations:

1. C&R is hitting supply chain CII caps on subsys and is forced to use alternatives... Don't know, but going direct may address
2. C&R is not currently buying Abstral direct, but Galena is believed to be aggressively pursuing
3. The voucher program has not changed since relaunch, free product to commercially insured and Medicare/Medicaid patients now likely limited to 1 vouchers per patient (have call into dr sterling to confirm) - http://abstral.com/patient-assistance/voucher-copay-card

- Print the voucher and show it to your pharmacist along with your ABSTRAL prescription to receive one box (32 tablets) of ABSTRAL
- Receive a maximum of 3 boxes within the first 30 days

▇▇▇▇ explained that he only writes abstral for patients who are unable to get subsys ▇▇▇ previously told us same). When asked to explain, he said patients currently on subsys who changed insurers or who's insurance began to deny subsys. He did not know we guarantee product to commercial patients in this instance.
5. ▇▇▇▇ confirmed that he writes 3 separate scripts for the same patient in one month to get them 96 units. Therefore, a large portion of Abstral TRxs should be divided by 3 to get a true read
6. Partnering with charitable organizations is common for example in MS and would be likely welcomed by patients and prescribers alike
7. Dr ▇▇ is available to provide consultation in terms of programming to remain competitive and is interested in participating in an ad board

▇▇▇ coach, ▇▇▇▇▇▇▇ and ▇▇▇▇ make up the majority of abstral prescriptions. Will let you know what sterling says next week. --- Matt