# Exhibit 14

# Email Message

**From:** ▮
**Sent:** Wednesday, January 29, 2014 3:22 AM
**To:** Michael Babich; Alec Burlakoff; Mike Gurry; Joseph Rowan
**CC:** ▮
**Subject:** Dr. ▮ meeting

Update on meeting with Dr. ▮ regarding direct ship with C&R

▮ and ▮ run the C&R facility
Want to order direct to address limits on CIIs in place by current wholesaler ABC.
Goal is to ensure un interrupted delivery to patients of Dr ▮

They will place orders on a weekly basis starting and provided a first order estimate. Shooting for mid Feb start date.
Inquired about 'how does Linden Care do what they do?' C& R is a great candidate to expand our current LindeCare model and need to have additional follow up with internal INSYS parties to discuss.

Contacted SPS 3PL to have them set up C&R as customer (Know your Customer and CSOS validation)
Will send Direct Sell intake form to Dan for processing and credit application.

Dr. ▮ is looking to expand his operation on the Pharmacy side and asked about the Linden Care model. Would like to duplicate .

Let me know your thoughts and how best to move forward

Dion

▮

Sr. Director of Trade and Distribution



444 S ELLIS ST, CHANDLER, AZ 85224

Cell: 612-599-0554
▮

Confidential                                                                                                                                                                                                                                                                                                  INS1664434