# Exhibit 14

| From: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|---|
| Sent: | Monday, March 24, 2014 7:43 PM |
| To: | John Kapoor; Michael Babich |
| Cc: | ▮▮▮▮▮▮ |
| Subject: | Direct Sales Update |

Gentlemen – The purpose of this email is to alert you to an issue with respect to Insys direct sales to Benzer and C&R that I am working to better understand and resolve. What I determined last week during my review and discussion of "draft" Insys Direct Shipment SOPs was that we have not solved the issue of "shipment turnoff" related to suspicious order monitoring by simply moving Benzer and C&R from our wholesaler group and redirecting them instead to direct shipments from ICS (our packaging/inventory/distribution entity)

A Bit More Insight:
Our wholesalers utilize software algorithms to monitor historical Schedule II ordering patterns against new order patterns (as well as other factors). As we know, if an order is identified as potentially suspicious, our wholesaler freezes the order and alerts the DEA...and does nothing else until the 30 day allowable order/volume window has expired (passed). This "order freeze"...with no further evaluation to understand and resolve the suspicious order activity is why Insys intervened and instituted an alternative direct order process through the Insys ICS entity where we believed we had the ability to evaluate a "flagged" suspicious order...determine it is not suspicious...and therefore facilitate the processing of that particular order. However, this is not the case. ICS follows the same "flagging, freeze, and reporting" that our wholesalers do. Right now, however, because ICS had no historical order pattern associated with Benzer and C&R...ICS currently monitors for suspicious order activity using order projections for Benzer and C&R that Insys supplied to them. Benzer and C&R orders have most recently been below the established order projections. Hence, the ICS suspicious order monitoring system software has nothing to compare against and since current orders are less than projected. A such, there is nothing suspicious. Going forward, as we can appreciate, a historical order pattern will be established (and it currently is being established via actual orders) and should Benzer and C&R increase their order activity materially (i.e., beyond the original order projections provided by Insys), it is very likely that the ICS DEA suspicious ordering software algorithm will "kick out, freeze, and report" the particular Benzer and / or C&R order that caused the flag to occur. As such, our redirection of Benzer and C&R order activity through the ICS versus our wholesalers has provided an interim stop gap measure until such time order volumes grow materially beyond the existing projection initially provided to the ICS or whatever else the DEA software algorithm is designed to flag.

Next Steps:
Because we have learned there is more to monitoring and reporting suspicious orders than we are currently doing today, we are looking into what actions we can take as an organization to ensure we are properly complying with DEA rules and guidelines. We will be discussing the existing suspicious DEA ordering rules with certain of our existing wholesalers, ICS, and I've also emailed Raj at Akorn to determine who there I can speak with further. We have more work to do here...and we'll develop the "right" answer if it is at all possible and reasonable.

**[Dion...if I have misunderstood...and miscommunicated anything here...please provide corrective insight]**

1

Questions?  Please let me know.  Thank you.

███████████████

Senior Vice President of Operations
INSYS Therapeutics, Inc.
444 South Ellis Street
Chandler, AZ  85224
███████████████

Phone:  602-910-2617 etx. 9085



[www.insysrx.com](www.insysrx.com)