# Exhibit 15

| | |
|---|---|
| **Message** | |
| **From:** | Subsys Rep Sue ▉▉▉▉@aol.com] |
| **Sent:** | 7/23/2013 1:01:51 PM |
| **To:** | jkapoor@ejfinancial.com; John Kapoor [John] |
| **Subject:** | The Money Tree! |

Alec sent an email saying that these "top ten" reps are the ones "carrying the company" to success......

But how much speaker money is being **thrown** at these Doctors? I know for a fact ▉▉▉ and ▉ couldn't stand Michelle until Alec personally offered them UNCAPPED speaker money to help pull her out of her rut..... (I dated Dr. ▉▉ briefly - I know this for a fact).

I also know ▉▉▉ and ▉▉▉ are being paid tremendous amounts of money. Jonathan hardly has any other Doctors.

Nobody has offered *my* Doctors unlimited speaker programs to put me in the top ten. (I think I'm at #11 or #12 this week).

Does the speaker money grow on a special speaker money tree? Therefore it doesn't count at all in the bottom line? And that's why some reps are VERY UNFAIRLY in the top ten that shouldn't be??

:)

(I know - investors see results. Results make stocks go up.... )



CONFIDENTIAL   EJF-000284712