# EXHIBIT 1

# Filed Under Seal



**U.S. Department of Justice**

*Andrew E. Lelling*
United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

December 12, 2018

Counsel for Michael Babich:

Joseph Sedwick Sollers, III
King & Spalding, LLP
1700 Pennsylvania Avenue, NW Suite 200
Washington, D.C. 20006

Counsel for Alec Burlakoff:

George W. Vien
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110

Counsel for Sunrise Lee:

Peter C. Horstmann
Law Offices of Peter Charles Horstmann
450 Lexington Street, Suite 101
Newton, MA 02466

Counsel for Joseph Rowan:

Michael Kendall
White & Case LLP
75 State Street
Boston, MA 02109-1814

Counsel for Richard Simon:

Steven Tyrrell
Weil, Gotshal & Manges LLP
2001 M Street, N.W,.Suite 600
Washington, DC 20036

Counsel for Michael Gurry:

Tracy A. Miner
Demeo LLP
200 State Street
Boston, MA 02109

Counsel for John Kapoor:

Beth A. Wilkinson
Alex Walsh
Wilkinson Walsh Eskovitz
2001 M Street NW
Washington DC 20036

Re: United States v. Michael Babich, *et al.*
Criminal No. 16-10343-ADB

Dear Counsel:

Below please find a list of former patients of alleged co-conspirator practitioners that the United States may call as witnesses at trial. The United States reserves the right to amend and/or supplement the list. This letter should be treated as subject to the Protective Order entered by the Court on March 27, 2017.

The patients, and their respective practitioners, are:



Please call Assistant U.S. Attorney Nathaniel Yeager at (617) 748-3311 if you have any questions.

Very truly yours,

Andrew E. Lelling
United States Attorney

By: K. Nathaniel Yeager
Assistant U.S. Attorney

2