UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 16-10343-ADB |
| MICHAEL L. BABICH, | ) ) ) | |
| Defendant. | ) ) ) | |

GOVERNMENT'S MOTION TO SCHEDULE A RULE 11 HEARING

The United States of America, through the undersigned attorneys, does hereby move to schedule a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure. In support of this motion, the government states that the defendant has agreed to plead guilty to the Information attached hereto. The parties request a hearing on January 9, 2019 if convenient for the Court.

                                                                Respectfully submitted,

                                                                ANDREW E. LELLING
                                                                United States Attorney

                                           By:    s/ *Fred M. Wyshak, Jr.*
                                                                 Fred M. Wyshak, Jr.
                                                                K. Nathaniel Yeager
                                                                David Lazarus
                                                                Assistant U.S. Attorneys

Date: December 26, 2018