UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL L. BABICH, et al.,<br><br>Defendants. | Case No. 1:16-cr-10343-ADB |

**NON-PARTY EXPRESS SCRIPTS HOLDING COMPANY'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS CONSOLIDATED MOTION TO QUASH DEFENDANT MICHAEL GURRY'S SUBPOENAS**

Pursuant to Local Rule 7.1(b)(3), non-party Express Scripts Holding Company ("Express Scripts") hereby requests leave of the Court to submit a reply brief no longer than five (5) pages in support of its motion to quash Defendant Michael Gurry's subpoenas to produce documents, information, or objects in a criminal case, issued to: (1) Martin Atkins, Esq., General Counsel to Express Scripts; and (2) Alana Montas, Esq., Kobre & Kim LLP (Dkt. No. 694) by Friday, February 1, 2019. Express Scripts' reply brief will materially assist the Court in resolving the pending motion. The undersigned have conferred with counsel for the government and all defendants, who indicate that they consent to Express Scripts' request.

Date: January 30, 2019

Respectfully submitted,

/s/ *Beau D. Barnes*
Beau D. Barnes (BBO # 688745)
Kobre & Kim LLP
1919 M Street, NW
Washington, DC 20036
Tel: +1 202 664 1900
Fax: +1 202 664 1920
beau.barnes@kobrekim.com

Steven G. Kobre (admitted *pro hac vice*)
Alana F. Montas (admitted *pro hac vice*)
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
T: +1 212 488 1200
F : +1 212 488 1220
steven.kobre@kobrekim.com
alana.montas@kobrekim.com

Adriana Riviere-Badell (admitted *pro hac vice*)
Kobre & Kim LLP
201 S. Biscayne Boulevard, Suite 1900
Miami, Florida 33131
T: +1 305 967 6100
F: +1 305 967 6120
adriana.riviere-badell@kobrekim.com

*Attorneys for Non-Party Express Scripts Holding Co.*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Express Scripts conferred with counsel for all defendants and the government and that they have assented to this motion.

*/s/ Beau D. Barnes*
Beau D. Barnes

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document filed through the ECF system will be sent electronically to all counsel of record on January 30, 2019.

*/s/ Beau D. Barnes*
Beau D. Barnes