# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-CR-10343-ABD |
| Michael L. Babich | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 3/16/2019

/s/ Elysa Q. Wan
*Attorney's signature*

Elysa Q. Wan (Bar No. 569231)
*Printed name and bar number*

United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
*Address*

elysa.wan@usdoj.gov
*E-mail address*

(617) 748-3520
*Telephone number*

617-748-3954
*FAX number*