UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Court No.: 16-cr-10343-ADB |
| v. | ) ) | |
| MICHAEL L. BABICH (01) and ALEC BURLAKOFF (02) | ) ) ) | |
| Defendants. | ) ) | |

GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE SENTENCINGS

Michael Babich and Alec Burlakoff are both currently scheduled for sentencing on September 5, 2019. The United States of America, by and through the undersigned attorneys, hereby moves for a continuance of the sentencing date in these matters to a date in January 2020.

In support of its motion, the government states that both Defendants have agreed to cooperate in federal criminal investigations of co-conspirator practitioners in other districts. That cooperation has already begun and will likely continue through the end of the year.

As the Court is aware, the United States anticipates filing motions addressing substantial assistance provided by each Defendant pursuant to U.S.S.G. §5K1.1 not only based upon their cooperation in the case at bar, but also based upon their anticipated cooperation in at least eight other federal districts. Ordinarily, prosecutors from those other districts would provide information to the Court that the Court would use in assessing the nature and extent of the cooperation by the Defendants. It is unlikely that this information will be available to the Court by September 5. Thus, the government's ability to assess the breadth of assistance by each Defendant will not be complete. The United States anticipates that it will be able to file such

motions before the end of the year.

Moreover, the Defendants are currently scheduled for sentencing prior to the sentencings scheduled for the non-cooperating defendants.  In terms of timing, the government and the Defendants respectfully submit that the cooperating defendants should be sentenced after the non-cooperating defendants.  This sequence will better inform the Court in determining the appropriate sentences for the cooperating defendants.

The Defendants each assent to the continuance of their respective sentencing hearings for the reasons set forth above.

Date:   July 8, 2019                           Respectfully submitted,

                                               ANDREW E. LELLING
                                               United States Attorney


                                        By:    /s/ K. Nathaniel Yeager
                                               K. NATHANIEL YEAGER (BBO 630992)
                                               Assistant U.S. Attorney
                                               Office of the U.S. Attorney
                                               John J. Moakley Federal Courthouse
                                               One Courthouse Way, Ste. 9200
                                               Boston, MA  02210
                                               (617) 748-3100
                                               nathaniel.yeager@usdoj.gov


**CERTIFICATE OF SERVICE**

I, K. Nathaniel Yeager, I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants.

                                               By: /s/ K. Nathaniel Yeager
                                               K. NATHANIEL YEAGER
                                               Assistant United States Attorney