UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>                    v.                            )<br>                                                       )<br>JOHN KAPOOR, ET. Al.              )<br>                                                       )<br>                  Defendants.                )<br>                                                       ) | CRIMINAL NO.  16-10343-ADB |

**<u>UNITED STATES' RESPONSE TO MOTION TO CONTINUE SENTENCING (Doc. 988)</u>**

The United States consents to a brief continuance of the seven sentencing hearings but respectfully requests that the Court sentence John Kapoor first and sentence the cooperators, Alec Burlakoff and Michael Babich, last.  This order will accomplish the Court's stated goal of sentencing all 7 defendants in proximity to one another while enabling the parties to make intelligent sentencing recommendations and avoid unwarranted sentencing disparity.  *See* 18 U.S.C. § 3553((a)(6).

                                                              Respectfully,


                                                              ANDREW E. LELLING
                                                              United States Attorney

Dated: October 18, 2019            By:      /s/ *David G. Lazarus*
                                                              K. NATHANIEL YEAGER (BBO # 630992)
                                                              DAVID G. LAZARUS  (BBO #624907 )
                                                              FRED M. WYSHAK, JR. (BBO #535940)
                                                              Assistant U.S. Attorneys
                                                              One Courthouse Way, Ste. 9200
                                                              Boston, MA  02210
                                                              (617) 748-3100
                                                              david.lazarus2@usdoj.gov
                                                              nathaniel.yeager@usdoj.gov
                                                              fred.wyshak@usdoj.gov

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

|  |  |
|---|---|
|  | /s/ *David G. Lazarus* |
|  | David G. Lazarus |
| Dated: October 18, 2019 | Assistant U.S. Attorney |