# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL L. BABICH, et al.,<br><br>Defendants. | Criminal No.:  16-CR-10343-ADB |

### ASSENTED-TO MOTION FOR A TWO-DAY EXTENSION OF THE DEADLINE TO SUBMIT SENTENCING MEMORANDA AND RECOMMENDATIONS

Defendants Michael Babich, Michael Gurry, Richard Simon, Joseph Rowan, and John Kapoor respectfully request that the Court extend their deadline to file their sentencing memoranda by two days, to December 18, 2019.  The two-day extension is needed to finalize these defendants' sentencing memoranda.

The moving defendants have conferred with counsel for the government, which assents to their request on the condition that the government receive a reciprocal two-day extension, until December 18, 2019, of its deadline to file its sentencing memoranda and inform the Court of its sentencing recommendations.  The moving defendants assent to such an extension for the government.

Defendant Burlakoff previously obtained the same two-day extension.  Defendant Lee anticipates seeking additional relief from this Court that goes beyond this assented-to motion.

WHEREFORE, defendants Babich, Gurry, Simon, Rowan, and Kapoor respectfully request that this motion for a two-day extension of the deadline to file sentencing memoranda and recommendations be granted such that they have until December 18, 2019 to file their sentencing memoranda, and such that the government has until December 18, 2019 to inform the

Court of its sentencing recommendations and file its sentencing memoranda.

Dated: December 13, 2019

Respectfully submitted,

/s/ J. Sedwick Sollers III
J. Sedwick Sollers III (admitted *pro hac vice*)
Mark A. Jensen (admitted *pro hac vice*)
Daniel C. Sale (admitted *pro hac vice*)
Lucas M. Fields (admitted *pro hac vice*)
King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
Phone: (202) 626-5612
E-mail: WSollers@kslaw.com
William H. Kettlewell (BBO No. 270320)
Hogan Lovells
100 High St., 20th Floor
Boston, MA 02110
Telephone: (617) 371-1005
Email: bill.kettlewell@hoganlovells.com
*Attorneys for Defendant Michael L. Babich*

/s/ Tracy A. Miner
Tracy A. Miner (BBO# 547137)
tminer@mosllp.com
Megan Siddall (BBO# 568979)
msiddall@mosllp.com
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02210
Telephone: (617) 273-8421
*Attorneys for Michael Gurry*

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case LLP
75 State Street
Boston, MA 02109
Telephone: (617) 939-9310
*Attorneys for Joseph Rowan*

/s/ William Fick
William W. Fick, Esq. (BBO # 650562)
wfick@fickmarx.com
Daniel N. Marx, Esq. (BBO # 674523)
dmars@fickmarx.com
Fick and Marx, LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Telephone: (857) 321-8360
*Attorneys for Richard Simon*

/s/ Kosta S. Stojilkovic
Beth A. Wilkinson (*admitted pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Alexandra M. Walsh (*admitted pro hac vice*)
awalsh@wilkinsonwalsh.com
Kosta S. Stojilkovic (admitted *pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
Andrew W. Croner (admitted *pro hac vice*)
acroner@wilkinsonwalsh.com
Wilkinson Walsh + Eskovitz LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 847-4000
Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
*Attorneys for Dr. John Kapoor*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for the moving defendants and the government have conferred and that counsel for the government has indicated their assent to this motion.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document will be served on all counsel of record through the ECF system.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor