UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MICHAEL L. BABICH, )<br>Defendant. )<br>_____) | CRIMINAL NO. 16-10343-ADB |

## ORDER OF FORFEITURE (MONEY JUDGMENT)

**BURROUGHS, D.J.**

WHEREAS, on January 3, 2019, the United States Attorney for the District of Massachusetts filed a two-count Information, charging defendant Michael L. Babich (the "Defendant"), with Conspiracy, in violation of 18 U.S.C. § 371 (Count One); and Mail Fraud, in violation of 18 U.S.C. §§ 1341 and 2 (Count Two);

WHEREAS, the Information included a Forfeiture Allegation, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), which provided notice that the United States would seek forfeiture, upon conviction of the Defendant of the offenses alleged in Counts One and Two of the Information, of any property, real or personal, which constitutes, or is derived from, proceeds traceable to the offenses;

WHEREAS, on January 9, 2019, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Counts One and Two of the Information;

WHEREAS, based on the Defendant's guilty plea and admissions at the January 9, 2019 plea hearing, and the United States' motion, the United States is entitled to an Order of Forfeiture (Money Judgment) consisting of a personal money judgment against the Defendant, in the amount of $14,780,455 in United States currency, pursuant to 18 U.S.C. § 981(a)(1)(c), 28 U.S.C.

§ 2461(c), and Rule 32.2(b)(1)(A), as this amount represents the *net* proceeds obtained by the Defendant as a result of his crimes; and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Defendant, shall forfeit to the United States the sum of $14,780,455 in United States currency, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c).

2. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

3. The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order to substitute property having a value not to exceed the amount set forth in Paragraph 1 to satisfy the money judgment in whole or in part.

4. The United States may, at any time, conduct pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m), any discovery to identify, locate or dispose of forfeitable property or substitute assets, including, but not limited to, depositions and requests for documents, electronically stored information, and tangible things.

5.    Pursuant to Rule 32.2(b)(4), this Order was included in the sentence pronounced and imposed by the Court at the sentencing hearing, and shall be included in the criminal judgment entered by this Court against the Defendant.

                                                                             _____
                                                                             ALLISON D. BURROUGHS
                                                                             United States District Judge

Dated: 03\03\2020