# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 16-10343-ADB** |
| ) | |
| **MICHAEL L. BABICH,** ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from (1) the sentence imposed by district court (Burroughs, J.) on defendant Michael L. Babich on January 22, 2020, including the district court's January 22, 2020 oral forfeiture ruling, (2) the March 3, 2020 *Order of Forfeiture (Money Judgment)* (entered on the docket on March 3, 2020) (Doc. No. 1251), (3) the March 12, 2020 *Preliminary Order of Forfeiture (INSYS Stock)* (entered on the docket on March 12, 2020) (Doc. No. 1267), (4) the March 13, 2020 *Memorandum and Order* concerning forfeiture (entered on the docket on March 13, 2020) (Doc. No. 1272), and (5) the March 31, 2020 *Judgment in a Criminal Case* (entered on the docket on March 31, 2020) (Doc. No. 1310), which incorporates and makes final the sentence and all of the preceding forfeiture orders.

                        Respectfully submitted,

                        ANDREW E. LELLING
                        United States Attorney

By:   /s/ *Mark T. Quinlivan*
       K. NATHANIEL YEAGER
       FRED M. WYSHAK, JR.
       DAVID G. LAZARUS
       MARK T. QUINLIVAN
       Assistant U.S. Attorneys

### Certificate of Service

I hereby certify that on April 23, 2020, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                        /s/ *Mark T. Quinlivan*
                        MARK T. QUINLIVAN
                        Assistant U.S. Attorney