IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| MICHAEL L. BABICH | * | CRIMINAL NO. 16-CR-10343-ADB-4 |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | * | |

**ASSENTED-TO MOTION TO CONTINUE
SELF-SURRENDER DATE TO JULY 21, 2020**

Defendant Michael Babich, with the assent of the Government,[1] respectfully requests that the Court extend his self-surrender date approximately sixty (60) days to July 21, 2020, in view of the progression and dynamic nature of the current COVID-19 pandemic, as well as its impact on incarceration conditions in federal penitentiaries. Absent further extension from the Court, Defendant Babich is scheduled to self-surrender on May 19, 2020. *See* Dkt. 1271.

In support of this motion, Mr. Babich states that this Court has previously continued his self-surrender date on February 12 and March 12, based on a variety of factors. *See* Dkts. 1223 and 1271. Consistent with other recent self-surrender continuances granted to multiple defendants in this case, it would be appropriate to adjust Mr. Babich's self-surrender date to reduce institutional prison populations as well as mitigate the risk of contagion, subject to re-evaluation as conditions and external factors evolve. *See* Dkts. 1335, 1338, 1339, 1341, and 1359.

Dated: May 1, 2020

---

[1] The government assents to the filing of this motion; it was not consulted regarding the timing or date of filing.

2

Respectfully submitted,

*/s/ William H. Kettlewell*
William H. Kettlewell (BBO No. 270320)
**Hogan Lovells US LLP**
125 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 371-1005
bill.kettlewell@hoganlovells.com

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendant Babich and the government have conferred and that counsel for the government has indicated the government's assent to this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on May 1, 2020.

*/s/ William H. Kettlewell*
William H. Kettlewell